**No. 49144.**—Protests 68745–K, etc., of Tuck Cheong & Co.   (Baltimore).

Opinion by Cole, J. The Ve-tsin in question was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds). The protests were sustained to this extent.